AO 440  (Rev. 05/00) Summons in a Civil Action



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CHRIS NIKOLOVSKI and CHRIS NIKOLOVSKI D.D.S.,
P.C., a Illinois corporation, individually and as the
representatives of a class of similarly situated persons and
entities

V.

THE TONER DOCTOR

CASE NUMBER:  1:18-cv-03089

ASSIGNED JUDGE:  Hon. Charles P. Kocoras

DESIGNATED
MAGISTRATE JUDGE:  Hon. Michael T. Mason

TO: (Name and address of Defendant)

The Toner Doctor
21 Hill street
Edmundston, NB
E3V 1H7

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Patrycja Janecek_

(By) DEPUTY CLERK



July 11, 2018

DATE



# EXHIBIT

# A



The Toner Doctor (888) 465-1190 ID:19:23:646:17 6309885984 Pages 1 of 1

SERVED

www.TheTonerDoctor.com

Up to

85%

off

**INK and TONER**
for printers, faxes
and copiers

# 7 day Special

Begins Today: **02/03/2018 Sat**

# Supplying Medical and Professional offices in the USA

**\* Buy in Bulk** ( *same items* )

3+...save an **extra 5%**
5+...save an **extra 10%**

**+ Buy Online**
and receive **5% off** (extra)

*\* MORE COMPATIBLE CARTRIDGES AT →* **www.TheTonerDoctor.com**

| BROTHER | | CANON | |
|---|---|---|---|
| TN350 | $23.95 | 104 | $23.95 |
| DR350 | $34.95 | 119 | $33.00 |
| TN450 | $23.95 | 120 | $38.75 |
| DR420 | $34.95 | 125 | $25.95 |
| TN460 | $25.95 | 128 | $25.95 |
| TN580 | $25.95 | 116 bk | $32.95 |
| TN650 | $25.95 | 116 c,m,y | $32.95 |
| DR620 | $42.50 | 118 bk | $36.95 |
| TN660 | $23.50 | 118 c,m,y | $36.95 |
| DR630 | $38.75 | | |
| TN750 | $27.95 | HP | |
| DR720 | $34.95 | | |
| TN850 | $34.95 | C7115X | $28.75 |
| DR820 | $51.95 | CE278A | $25.95 |
| TN115 bk | $43.95 | CE285A | $25.95 |
| TN115 c,m,y | $43.95 | CE505A | $34.95 |
| TN221 bk | $34.95 | CE505X | $36.95 |
| TN225 c,m,y | $34.95 | CF280A | $35.95 |
| TN315 bk | $34.95 | CF283A | $28.95 |
| TN315 c,m,y | $34.95 | Q2612A | $23.95 |

| | |
|---|---|
| Q2612X | $28.95 |
| Q2613X | $31.75 |
| CF410A | $49.95 |
| CF411A | $49.95 |
| CF412A | $49.95 |
| CF413A | $49.95 |

| SAMSUNG | |
|---|---|
| MLT-D101S | $39.00 |
| MLT-D104S | $33.00 |
| MLT-D105L | $45.00 |
| MLT-D111S | $39.00 |
| MLT-D205L | $44.50 |

| LEXMARK | |
|---|---|
| 521H | $165.95 |
| 64015HA | $105.00 |
| E250A21A | $70.00 |
| E260A21A | $99.00 |
| T650H21A | $170.00 |

All our compatible ink and
toner cartridges are on Special:

- Dell
- Lexmark
- Samsung
- Panasonic
- Sharp
- HP
- Canon

- Xerox
- Toshiba
- Kyocera
- Copystar
- Brother
- etc...

( \* 1 year warranty on all our products )

## M&M's
FREE pack with purchase of $100+

**FREE SHIPPING!** $75.00+
We ship across



To order or have prices on other cartridges on special:

 Tel: **(800) 950-1878**

Over 5,000
Cartridges on
Specials

Email: info@thetonerdoctor.com / Website: www.TheTonerDoctor.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:18-cv-03089

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chris Nikolovski v The Toner Doctor

was received by me on *(date)*   07/11/2018   .

❐ I personally served the summons on the individual at *(place)*   21 Hill St., Edmundston, NB Canada, E3V 1H7

on *(date)*   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Stephane Jalbert - Owner   , who is

designated by law to accept service of process on behalf of *(name of organization)*

The Toner Doctor   on *(date)*   08/03/2018   ; or

❐ I returned the summons unexecuted because   ; or

❐ Other *(specify)*:

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/07/2018

*Server's signature*

Patrick Dalpe'- Process Server
*Printed name and title*

43 Belisle Avenue, Edmundston, NB, Canada E3V 3W9
117-001339

*Server's address*

Additional information regarding attempted service, etc: